UNITED STATES DISTRICT COURT

STATE OF OHIO

DREW SCHNEIDER,                          )
                                         )
                    Plaintiff,           )
                                         )Case No.:
        VS.                              )1:13-CV-02627
                                         )
FIFTH WHEEL, LLC, et al.                 )
                                         )
                    Defendants.          )
_____)

VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION OF

GENO PIKULIK

June 13, 2016
12:20 p.m.
1020 North Washington Street
Spokane, Washington

TAKEN AT THE INSTANCE OF THE DEFENDANTS

REPORTED BY:
RACHAEL L. HALL, CCR NO. 3265



Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland:  4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron:  One Cascade Plaza, Suite 905, Akron, OH  44308 - 330.253.8119

Geno Pikulik                                    6/13/2016

2

1    APPEARANCES:

2
       FOR THE PLAINTIFF DREW SCHNEIDER:
3
              MR. JAMES R. RUSSELL, JR.
4             (Via teleconference)
              Goldman & Rosen, Ltd.
5             11 South Forge Street
              Akron, OH  44304
6             330.376.8336   330.376.8336
              jrrussell@goldman-rosen.com
7

8
       FOR THE DEFENDANT FIFTH WHEEL, LLC:
9
              MR. WILLIAM M. KOVACH
10            (Via teleconference)
              Cefaratti Group
11            4608 St. Clair Avenue
              Cleveland, OH  44103
12            216.696.1161    216.696.1161
              kim@cefgroup.com
13

14   ALSO PRESENT:

15            MR. STEPHAN ANDREYCHUK, VIDEOGRAPHER

16

17

18

19

20

21

22

23

24

25



Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787      www.cefgroup.com      fax: 216.687.0973
Cleveland:  4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron:  One Cascade Plaza, Suite 905, Akron, OH  44308 - 330.253.8119

3

1                          I N D E X

2       SCHNEIDER v. FIFTH WHEEL, et al.
        NO. 1:13-CV-02627
3       June 13, 2016

4

5

6                      T E S T I M O N Y

7       GENO PIKULIK                              PAGE NO.

8            Examination by Mr. Kovach              5,  26

9            Examination by Mr. Russell                21

10

11                     E X H I B I T S

12      Exhibit No. 1:   Color photograph                    4

13      Exhibit No. 2:   Color photograph                    4

14      Exhibit No. 3:   Color photograph                    4

15      Exhibit No. 4:   Color photograph                    4

16      Exhibit No. 5:   Color photograph                    4

17      Exhibit No. 6:   Color photograph                    4

18      Exhibit No. 7:   Color photograph                    4

19      Exhibit No. 8:   Color photograph                    4

20      Exhibit No. 9:   Color photograph                    4

21      Exhibit A:    Fifth Wheel, LLC Order Sheet,          4
                      Bill of Lading
22
        Exhibit B:    Scotts Nationwide Trucking, LLC        4
23                    Dispatch Sheet

24

25



Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787      www.cefgroup.com       fax: 216.687.0973
Cleveland:  4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron:  One Cascade Plaza, Suite 905, Akron, OH  44308 - 330.253.8119

Geno Pikulik                                    6/13/2016

4

```
 1
 2              Be it remembered that on Monday,
 3   June 13, 2016, at 12:20 p.m., 1020 North Washington
 4   Street, Spokane, Washington, the deposition of
 5   GENO PIKULIK was taken before Rachael Hall,
 6   Certified Court Reporter.  The following proceedings
 7   took place:
 8
 9        (Exhibit Nos. 1-9 were marked for identification.)
10        (Exhibits A and B were marked for identification.)
11
12        THE VIDEOGRAPHER:  This is the video deposition of
13   Geno Pikulik in the matter of Drew Schneider versus Fifth
14   Wheel, Case No. 113-CV-02627, in the U.S. District Court.
15   This deposition is being held at Central Court Reporting,
16   1020 North Washington Street, Spokane, Washington, on
17   June 13th, 2016.  The videographer is Stephan Andreychuk.
18   The court reporter is Rachael Hall.
19        Would counsel and all present please identify
20   yourself and state who you represent.  Would counsel and
21   all present please identify who you represent?
22        MR. RUSSELL:  Yes.  This is JR Russell, and I
23   represent the plaintiff, Mr. Schneider.
24        MR. KOVACH:  And Bill Kovach representing the
25   defendant, Fifth Wheel, LLC.
```

 Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787      www.cefgroup.com        fax: 216.687.0973
Cleveland:  4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron:  One Cascade Plaza, Suite 905, Akron, OH 44308 - 330.253.8119

5

1          THE VIDEOGRAPHER:  Would the reporter please swear

2     in the witness.

3

4     GENO PIKULIK,                being first duly sworn to

5                                  tell the truth, the whole

6                                  truth and nothing but the

7                                  truth, testified as follows:

8

9                      EXAMINATION

10   BY MR. KOVACH:

11   Q. Good afternoon, Mr. Pikulik.

12   A. Hello.

13   Q. Would you please state your full name for the record.

14   A. My name is Geno Pikulik.

15   Q. And what is your business address, please?

16   A. 4616 North Center Road in Spokane, Washington.  ZIP code

17      99212.

18   Q. And how are you concerned or related to the business

19      Fifth Wheel, LLC?

20   A. I'm the owner and sole proprietor.

21   Q. How long have you been operating that business?

22   A. Almost nine years.

23   Q. What's the general nature of the business?  What do you

24      do?

25   A. We transport cars and any sort of vehicles, boats,


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland:  4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron:  One Cascade Plaza, Suite 905, Akron, OH 44308 - 330.253.8119

Geno Pikulik                           6/13/2016

6

1    motorcycles for clients, eBay sales, dealer trades.  So
2    our only -- our only freight is vehicle-related items.
3    We don't do any dry freights or bulk loads.
4  Q. You ship cars all over the country, then?
5  A. Yes.  We ship coast to coast, state to state.  Even if
6    it's within the city, we transport the shortest distance,
7    a mile, and the longest distance, 3,000 miles.
8  Q. Any special type of cars or vehicles that you are limited
9    to?
10 A. We specialize in open carrier, which is nine cars at a
11    time.  They are all loaded on the same platform.  There's
12    two decks, that's our specialty, but we also offer -- for
13    the classic cars and more exotic cars, we offer enclosed,
14    in which case each cars has separate cell and it's
15    covered and it's protected from the environment and from
16    any debris.
17 Q. Okay.  We'll get to that, but right now, it's just about
18    the matter we're here about today.
19        Do you have knowledge of a 1957 white Mercedes-Benz
20    that was shipped from Spokane, Washington to here in
21    Medina, Ohio?
22 A. Yes.
23 Q. And do you have Exhibit, which is marked Pikulik, A in
24    front of you?
25 A. Yes, I do.



Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron: One Cascade Plaza, Suite 905, Akron, OH 44308 - 330.253.8119

Geno Pikulik                          6/13/2016

7

1   Q. And tell me what is that document, if you know.

2   A. This document, I was the one who filled this one, and I

3      do it -- it's called condition report, which actually

4      represents graphical description of any imperfections on

5      the vehicle that we pick up.  It marks the dents,

6      scratches, broken, torn, worn out, you know, pieces that

7      are missing of the car.  So this is the graphical

8      description, along with the legal description of the

9      client, who we pick up the car from and who we deliver

10     to.  It has --

11  Q. Do you fill one of these out for every vehicle you

12     ship?

13  A. That's correct.  And they are assigned in the left corner

14     at the origin, and in the right corner at the delivery

15     point.  In this case, it's signed by me in the left

16     bottom corner.

17  Q. Okay.  That is your signature on that document, Exhibit

18     A, then?

19  A. Correct.  It says, "Geno."  Right below there's a

20     signature of the shipper and the printed name of the

21     shipper as well.

22  Q. Is the other writing on this document yours, also?

23  A. In the top, in the center, a description of the car, yes,

24     that's my writing, along with the signature Geno down

25     below.


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787      www.cefgroup.com      fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron: One Cascade Plaza, Suite 905, Akron, OH 44308 - 330.253.8119

Geno Pikulik                                      6/13/2016

8

1    Q. Okay.  Is there anything that is not your writing?

2    A. Yes.  In the right bottom corner, that is receiving end,

3       which is in Ohio, and that was done by driver who goes

4       long haul.  And also there's a name of the client who

5       received the car.

6    Q. Okay.  So the only writing on this document, Exhibit A,

7       that isn't yours is the lower right corner; is that

8       correct?

9    A. Correct.

10   Q. Okay.  And there's a back to the document, or two pages,

11      in this case?

12   A. No.  There's only one page.  This is the --

13   Q. Oh, it's on the back side.  You've got the original.

14   A. That's the back side.

15   Q. All right.  I just want to make sure you have the whole

16      thing.  Thank you.

17   A. Yes, we do.

18   Q. There's also -- you have an Exhibit B there?  Yeah,

19      Pikulik Exhibit B.  Do you know what that document is?

20   A. Yes.  It is a contract.  It is a legal contract between

21      the broker and our company that binds us together, and we

22      are agree on a price, and on the pickup location and

23      under the delivery location as well.

24   Q. Based on those documents, can you give us an idea of the

25      approximate date when this vehicle was picked up?


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787        www.cefgroup.com        fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron: One Cascade Plaza, Suite 905, Akron, OH 44308 - 330.253.8119

Geno Pikulik                                      6/13/2016

9

1   A.  Yes.  Its pickup date was between October 31st and
2       November 8.  We're legally -- as a company, we're legally
3       obligated to fit in the dates designated by Scotts
4       Nationwide.
5   Q.  Okay.  Let's talk just generally.  Let me ask you:  How
6       does this process begin for this car?  What happened or
7       initiated it?  How did you first get involved?
8   A.  When driver sets the schedule, he says, "I want to go on
9       a trip."  So our dispatcher, he goes online and looks for
10      a load, for any load that is from the northwest area to
11      the midwest area.  And a hire falls in that criteria.  So
12      we see advertisement by Scotts Nationwide Trucking, which
13      is a big brokerage company.  They advertise on the make
14      and model and the ZIP code from where it goes from and
15      the ZIP code to where it goes to.  They advertise -- you
16      know, price for this car as well.
17              So the dispatcher see if it -- he will calculate if
18      it's reasonable price.  In this case, $700 was advertised
19      as well.  So he picks up this car.  So then he calls --
20      he chooses this car.  Then he calls Scotts Nationwide
21      Trucking and says who we are.  We have 100 percent rating
22      with the trucking companies.  There's no claims, no
23      damages has been -- ever recorded in the past seven
24      years.
25              So Scotts Nationwide, which is brokerage company,


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787        www.cefgroup.com        fax: 216.687.0973
Cleveland:  4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron:  One Cascade Plaza, Suite 905, Akron, OH  44308 - 330.253.8119

1   they investigate us for a minute or two, just to see if

2   it's true what the dispatcher says, and if everything is

3   correct, basically, transfer -- the broker sends us the

4   information, which is not completely visible.

5        We see -- it's called hidden contract when we sign

6   it, only when we sign it.  Well, hidden contract actually

7   shows up ZIP code.  It shows us from point A to point B

8   distance, and the price.  And when the -- when our

9   dispatcher agrees to that, he clicks yes, we agree, and

10  only then we're legally bind together as a transport

11  company and Scotts Nationwide in this case as the

12  brokerage company.

13       So, basically, broker -- broker in this case

14  responsible.  He has to provide -- he has to make sure

15  that the car is actually available for this service.

16  Brokerage company charges customer because they provide

17  customer with -- with the security, which is background

18  check of us which represent the trucking company.

19       So after this -- since this moment, we have seven

20  days to pick up the car, and we always drive for two or

21  three days, a delay between the time we pick up the paper

22  and the moment we pick up the car.  When we receive the

23  papers, we call shipping client, which is Joe in this

24  case here in Spokane.  We call him just to make sure the

25  car is available, that it is in driving condition, that

**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787        www.cefgroup.com        fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron: One Cascade Plaza, Suite 905, Akron, OH 44308 - 330.253.8119

Geno Pikulik                                    6/13/2016

11

1    it -- that it has brakes that -- you know, it has ability
2    to steer.  If everything matches -- if any inform -- if
3    all the information from customer matches all the
4    information that broker provided to us, only then we go
5    to the client to pick up the car.  And that --
6    Q. And who makes the -- I'm sorry.  Who makes the decision
7       of how the vehicle is going to be transported in the
8       different modes as you discussed a little earlier?
9    A. That decision is discussed between the Scotts and the
10      client -- client himself.  But when we arrive at the
11      scene, we see that the car -- if we arrive at the client,
12      and we see that the car does not belong in this category,
13      we offer -- we offer to the client option to ship it
14      enclosed, because, obviously, in this case, 1957
15      Mercedes, it's a classic car and it's rare.  It's a rare
16      car.  And it has no -- it has place to be shipped in
17      open -- open way because it's more than 2000-mile trip.
18      And there is rocks, there's stone, there's hail on the
19      way.  Many things may happen to this car.
20   Q. You were the one that personally went and picked the car
21      up, right?
22   A. Yes.
23   Q. Did you discuss these actions with anyone?
24   A. I discuss it with Joe.  I asked him -- I told him
25      specifically that it shouldn't be shipped open, but Joe


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787          www.cefgroup.com          fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron: One Cascade Plaza, Suite 905, Akron, OH 44308 - 330.253.8119

Geno Pikulik                    6/13/2016

12

1    does not make the decision in this case.

2 Q. Okay.  So he had nothing to do with the shipping, then,

3    as far as you know?

4 A. Correct.  Because he was the seller, and he already

5    receive his funds.  So he had -- basically, he had no

6    interest shipping it enclosed.

7 Q. Would there be a cost difference between enclosed and

8    open?

9 A. Correct.  Usually, it's between 30 and 50 percent more.

10 Q. If shipped cars both ways, though, you offer both?

11 A. Correct.

12 Q. All right.  On this particular pickup, how many other

13    cars were on the same trailer or truck at the time?

14 A. There was only one.

15 Q. You were just going out to pick up the car from Joe?

16 A. Correct.

17 Q. How about when it got shipped from Washington to Medina?

18    Did you ever see the truck when it was loaded with all

19    the vehicles?

20 A. Yes, I saw the truck.

21 Q. Where would that have occurred?

22 A. I'm sorry, what was the question?

23 Q. Where was that where you observed it?

24 A. It was here in Spokane.

25 Q. The truck was --

 Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland:  4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron:  One Cascade Plaza, Suite 905, Akron, OH 44308 - 330.253.8119

13

1   A. It was here in Spokane at our main terminal.  Where the

2       truck gets prepped up for the road where they get fuel,

3       it was here in Spokane.

4   Q. Okay.  Can you describe for me the type of truck and how

5       this vehicle was loaded on it as best you recall?

6   A. It's an open carrier truck.  It takes nine cars at a

7       time.  So -- and this particular Mercedes was loaded on

8       the bottom deck because it would not go on upper deck.

9       It was very steep, so the driver decided to put it on the

10      bottom because there was no way he could put it on the

11      top deck.

12          And they are all loaded at daylight time.  It is the

13      only time when we load cars because it requires chains

14      and straps to go over the wheels, so as a precaution and

15      safety, we do it only in daylight time.

16  Q. Now, this car, after it left the yard, who was the driver

17      again you said was?

18  A. Driver was Daniel.  Daniel Kovalenko.  He is a long-haul

19      driver.  He goes about eight days out to the trip, and

20      I'm a -- I -- as the company owner, I set the -- I do the

21      prep work for the long-haul drivers.  I collect cars

22      around Spokane, nearby areas, bring them to the main

23      yard.  And then from there, drivers who are okay to be

24      absent for seven days at a time, they -- they go on a

25      far -- on a long trip.

**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787        www.cefgroup.com        fax: 216.687.0973
Cleveland:  4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron:  One Cascade Plaza, Suite 905, Akron, OH 44308 - 330.253.8119

Geno Pikulik                                          6/13/2016

14

```
 1    Q. Did a time come where you learned there was a problem
 2       then with this vehicle?
 3    A. I've heard the day -- no, it was about two or three days
 4       after the car was delivered.  Only then I did find out
 5       from -- from Mr. Schneider.  He called me, and he says,
 6       "My car was damaged when it was delivered."  And it was
 7       about two days after -- after the car was dropped off at
 8       his location.
 9    Q. Did you ever follow up or look into this incident to see
10       what had occurred with Daniel Kovalenko or anyone else?
11    A. Yes.  I called him immediately.  I called Daniel.  I
12       said, "Well, explain to me what has happened."  And he
13       says --
14          MR. RUSSELL:  Objection.  Go ahead and answer it.
15       Objection.  Go ahead.
16    BY MR. KOVACH:
17    Q. That's for the record.  You can go ahead.
18    A. I called Daniel, and I called to the insurance company.
19       I explained to them what happened, and the insurance
20       company said -- oh, insurance company ask me what
21       happened.  I explain to them.  And I said to Mr. Drew
22       that he can call the insurance company and file a claim
23       if he would like to do so.
24          Very few days after, within a week afterwards, I
25       received notification that there was negative review
```



Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787        www.cefgroup.com        fax: 216.687.0973
Cleveland:  4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron:  One Cascade Plaza, Suite 905, Akron, OH  44308 - 330.253.8119

Geno Pikulik                          6/13/2016

15

1     posted against Fifth Wheel, which is our -- which is our

2     company.  Was negative review that somebody stated that

3     Fifth Wheel and insurance company working together to

4     pull scams like that.  And that is still posted online.

5  Q. Now, in the usual course of business, would the driver

6     inform you if anything unusual occurred in the

7     delivery?

8          MR. RUSSELL:  Objection.  Go ahead.

9          THE WITNESS:  Daniel never called to inform that

10     something unusual happened.

11  BY MR. KOVACH:

12  Q. Do you require a report, though, if there would have been

13     an accident or a car fell off the truck?  Say, in the

14     usual course of business, would you get a report from the

15     driver?

16  A. Definitely, yes.

17  Q. And you keep those reports, I assume, in the usual course

18     of business if there's any problems with any of the

19     cars?

20  A. Correct.  And in some cases, we even call the police to

21     have documentation from a third independent party.

22  Q. Have you been -- you've been personally notified of any

23     problems of any other cars that were delivered with this

24     same shipment?

25  A. No.



Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland:  4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron:  One Cascade Plaza, Suite 905, Akron, OH 44308 - 330.253.8119

16

1  Q. Can you tell me approximately, or if you know exactly,
2     how many other cars were on the trailer when it left your
3     yard when you remember seeing it?
4  A. It was eight others.
5  Q. Was there anything unusual in the shipment of this
6     Mercedes?
7          MR. RUSSELL:  Objection.
8          THE WITNESS:  No.  I don't recall anything
9     unusual.
10 BY MR. KOVACH:
11 Q. If we can go back a second, Mr. Pikulik, back to Exhibit
12    A.  When did you fill this portion of the exhibit in
13    about where it shows the car with the markings, the
14    center part of it?  Was that -- when was that done?
15 A. It was done when I picked up the car from Mr. Joe.
16 Q. Okay.  And from your recollection -- and if you have to
17    review or refresh your memory with the document, that's
18    fine, but what did you find the condition of this vehicle
19    was and what did you mark down at the time, please?
20 A. I found the car looked in very original condition.  And
21    it had normal wear and tear on the car.  It had cracks in
22    areas where the most horizontal, which can be more
23    perpendicular to the sunrays.  Paint was cracked.  It was
24    a hairline cracked, and I marked them here.
25          And I actually wrote as a description, not only as


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103 · 216.696.1161
Akron: One Cascade Plaza, Suite 905, Akron, OH 44308 · 330.253.8119

Geno Pikulik                          6/13/2016

17

1    markings or abbreviations, marked that paint has just

2    cracks on it.  Just very, very small but impossible to

3    count how many there was because there was endless all

4    over the car.  And paint chips on the doors.  And I even

5    took photographs with my own telephone.  I took

6    photographs of the car.  And they actually show the

7    cracks and complete imperfections of the paint, but car

8    was, you know, in driving condition.

9            In fact, when I came to pick it up, owner of the

10   car, which was the shipper of the car, he says that he's

11   not going to give me battery for the car.  He says that

12   he's going -- that I can to have the car, but he's going

13   to keep the battery, and he had intention to put it

14   somewhere else, which renders the car undrivable.

15           So at that moment, the same moment when Mr. Joe told

16   me he is going to keep the battery of the car, I called

17   Scotts Nationwide, which is our broker which provides,

18   you know, legal shield in this case.  I said if the

19   customer is going to keep the battery, I cannot deliver

20   the car.  It -- it doesn't -- it cannot start.

21           So -- and then someone from Scotts Nationwide called

22   shipper, and he says that -- and they said that shipper

23   needs to provide the battery so the car can be used in

24   this case.  So that maybe took about an hour -- about one

25   hour to negotiate with the shipper so he can have us the

Geno Pikulik                          6/13/2016

18

```
 1      battery, but condition of the car was not perfect.  It
 2      more looked like original.  And as a support --
 3   Q. Did you --
 4   A. -- as a support to the case, I can provide pictures --
 5      that I took of the car at the moment -- at the moment
 6      when I picked it up.
 7   Q. I believe there was -- you took two photographs.  Does
 8      that sound correct, or is there more?
 9   A. I think I took three.  Two that are --
10   Q. Three?
11   A. Three, yes, correct.  Two that are very close, which I
12      photographed particular areas of the car.  And one was a
13      wide shot from 30 feet away.
14   Q. How much time did you spend inspecting this car when you
15      were filling out the form?
16   A. Ten minutes.  Ten, 15 minutes at the most.
17   Q. That's normal under the circumstances?
18   A. It is.  It is normal standard procedures.
19   Q. Was there any adverse conditions affecting your
20      inspection of the car?
21   A. Negative.  It was -- it was -- it was not clear.  It was
22      overcast because I remember that.  It was overcast
23      weather, but there was no -- no rain, no fog, nothing.
24      It was -- and the car was very clean.
25   Q. Okay.  If you go to the back of that form, then, please.
```


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland:  4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron:  One Cascade Plaza, Suite 905, Akron, OH  44308 - 330.253.8119

Geno Pikulik                    6/13/2016

19

1    There's sections numbered 1 through 20 on there.  It's

2    basically disclaimers.  Is that what you're looking at?

3  A. Yes.

4  Q. Okay.  On No. 4, why is that in there?

5  A. It is because 90 percent of the cars, they all leak

6    fluids and nothing driver can do to prevent that.

7  Q. That's the only reason?

8  A. Yes.

9  Q. Okay.  No, I'm just making sure.  I didn't want to cut

10   you off there.

11       You know when this document, Exhibit A, which you're

12   looking at, was provided to Mr. Schneider?

13  A. Yes.  It was provided at the delivery time.

14  Q. Okay.  Not before that time, though, correct?

15  A. Correct.  Because Mr. Schneider was in Ohio, and the car

16   was on its way from Washington, and this -- all the

17   documentation, the original and the copies, they were

18   with the driver.  And one copy was left with Mr. Joe,

19   which was the shipper in this case.

20  Q. I missed that.  Sorry.  What about Joe?

21  A. Mr. Joe, he gets one copy.  Mr. Schneider gets one copy

22   at the delivery time, and the top page goes back to the

23   office as the original.

24  Q. Okay.  So this was provided to Joe Saladin at the time

25   the car was picked up?



Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787        www.cefgroup.com        fax: 216.687.0973
Cleveland:  4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron:  One Cascade Plaza, Suite 905, Akron, OH 44308 - 330.253.8119

20

1   A. Correct.

2   Q. A copy of it?  Did you say "yes"?  I'm sorry.

3   A. Yes.  Yes.

4   Q. And finally, Mr. Pikulik, do you believe that reasonable

5      care was exercised in the shipping of this vehicle?

6          MR. RUSSELL:  Objection.

7          THE WITNESS:  Yes.  Driver is very experienced, and

8      in nine years he did good job for me.  So he know -- he

9      knows exactly what he was doing.  He operated standard

10     procedures.  We treat all the cars the same because for

11     us, every client is -- every client is individual client,

12     and we don't -- we don't take special care of cars and we

13     don't take any less care of any other car because we

14     build -- we work not to be in the business for one year

15     and then quit.  We want repeat customers.  And nothing in

16     this case driver could have done to prevent this.

17  BY MR. KOVACH:

18  Q. Had you ever had another incident before this one of the

19     same type, fluid leaking or paint finish was damaged and

20     received a complaint?

21  A. Fluid leaking all the time.  And I stress fluids leak all

22     the time.  It's not new, and this is exactly why we have

23     Provision No. 4 as a -- on the back -- on the back of

24     Exhibit A.  It's constant.  We don't even consider it as

25     a problem because cars have fluids, and we sometimes with


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787        www.cefgroup.com        fax: 216.687.0973
Cleveland:  4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron:  One Cascade Plaza, Suite 905, Akron, OH 44308 - 330.253.8119

21

```
 1      the drivers, we joke, if it doesn't leak fluids, it
 2      probably doesn't have any fluids inside.
 3           But jokes aside, on -- in this case, paint was
 4      deteriorated because it was paint made in 1957, which is
 5      not capable of resisting oil residues.  And, in fact,
 6      this Mercedes leaks even more fluids on its own.  But
 7      there was two reasons not to put it on the upper deck.
 8      Because it's a cabriolet, this car has a soft top.  If on
 9      the upper deck, wind would rip that soft top apart,
10      because if the truck go --
11   Q. Okay.  So it's a convertible?
12   A. It is a convertible, but it has a soft top.
13   Q. Yeah, it's got a soft top.  Okay.  You usually put those
14      on the lower deck, you're saying?
15   A. Yes.  And that's, specifically, because we know if we put
16      it on upper deck where truck goes 65, 75 miles per hour
17      for three days in a row, it will -- it will rip the
18      deck -- it will rip the upper soft top off.
19   Q. Okay.  Mr. Pikulik, that's all the questions I have for
20      you at this time.  Mr. Russell will have some questions
21      for you here, I'm sure, so --
22
23
24                         EXAMINATION
25   BY MR. RUSSELL:
```



Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787        www.cefgroup.com        fax: 216.687.0973
Cleveland:  4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron:  One Cascade Plaza, Suite 905, Akron, OH 44308 - 330.253.8119

Geno Pikulik                           6/13/2016

22

1   Q. Yes.  Mr. Pikulik, my name is JR Russell, and I'm the

2      attorney representing the plaintiff in this case,

3      Drew Schneider.

4           So you said that you're the owner of Fifth Wheel,

5      LLC, correct?

6   A. Yes.

7   Q. And Fifth Wheel transports goods of this type, vehicles

8      and motorcycles, across state lines for your clients?

9   A. Correct.

10  Q. And you agreed to transport this 1957 Mercedes Benz from

11     Washington to Medina, Ohio?

12  A. Yes.

13  Q. But you, yourself, did not transport the vehicle from

14     Spokane, Washington to Medina?

15  A. Yes.

16  Q. You were not on that truck when it traveled from

17     Washington to Medina?

18  A. Correct, I was not.

19  Q. You were there when the vehicle was first loaded from

20     Mr. Saladin's house from Spokane, Washington on the

21     flatbed truck, though?

22  A. Yes, correct.

23  Q. And was it that time that you filled out what's been

24     marked as Exhibit A at Mr. Saladin's house?

25  A. Correct.


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron: One Cascade Plaza, Suite 905, Akron, OH 44308 - 330.253.8119

23

1   Q. Was there fluid that was on the vehicle when you picked

2      it up from Mr. Saladin's house?

3   A. Negative.

4   Q. So if you'll look at the pictures that were marked as

5      Exhibits 1 through 8, this is not what the vehicle looked

6      like when you picked it up from Mr. Saladin's house,

7      correct?  Exhibits 1 through 8?

8   A. It's the same vehicle but not in the same condition.

9   Q. I'm sorry.  Can you repeat that one more time?

10  A. It's in a different shape.

11  Q. Okay.  So you couldn't write in Exhibit A that there was

12     fluid on the vehicle because there was no fluid on the

13     vehicle when you picked it up?

14  A. Yes.

15  Q. You also saw when the vehicle was loaded onto the carrier

16     with the eight other vehicles, didn't you?

17  A. Yes.

18  Q. You didn't use drip pans on the vehicles on the upper

19     level, did you?

20  A. Not sure what drip pan is.

21  Q. You did not use any coverings underneath the vehicles on

22     the upper level --

23  A. No.

24  Q. -- of the transport, did you?

25  A. No.



Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787        www.cefgroup.com        fax: 216.687.0973
Cleveland:  4608 St. Clair Avenue, Cleveland, OH  44103 - 216.696.1161
Akron:  One Cascade Plaza, Suite 905, Akron, OH  44308 - 330.253.8119

Geno Pikulik                           6/13/2016

24

1   Q. You did not cover the 1957 Mercedes Benz, did you?

2   A. No.

3   Q. You did not put coverings above it or below it, did

4      you?

5   A. No.

6   Q. You don't dispute that the vehicle was covered with some

7      type of fluid when it was delivered to Medina, Ohio; is

8      that correct?

9   A. Correct.

10  Q. And you said that generally this is not a particular

11     problem for you?  Is that what you said earlier, that

12     this happens all the time?

13  A. Correct.  It happens all the time.

14  Q. But this particular vehicle with its paint is more

15     susceptible to damage from vehicles, isn't it?

16  A. Correct.

17  Q. You weren't involved with any of the discussions between

18     the broker and Mr. Schneider directly, were you?

19  A. I'm prohibited from doing so, so I was not involved.

20  Q. So you don't know what the broker communicated to

21     Mr. Schneider directly, do you?

22  A. I don't.

23  Q. You didn't have Mr. Schneider sign the bill of lading,

24     the -- either the front side of Exhibit A or the back

25     side of Exhibit A before it was shipped to him, did


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland:  4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron:  One Cascade Plaza, Suite 905, Akron, OH  44308 - 330.253.8119

Geno Pikulik                    6/13/2016

25

1      you?

2    A. No.

3    Q. You testified that the car had endless cracks on it when

4       you picked it up?

5    A. Correct.

6    Q. Are any of those cracks demonstrated in what's been

7       marked as Exhibit 9?

8    A. Can you repeat the question, please?

9    Q. You testified earlier that the car had endless cracks on

10      it when you picked it up.  Are any of those cracks

11      evident on what's been marked as Exhibit 9?

12   A. On Exhibit 9, I don't see any representations of the

13      cracks.

14   Q. What about the additional pages of Exhibit 9?

15   A. In the Exhibit 9, none of the pages indicate it has --

16      that it has any cracks in it.

17   Q. You don't dispute that this fluid that's evidenced in

18      Exhibits 1 through 8 occurred while the Mercedes Benz was

19      in your driver's care?

20   A. No, I don't dispute.  It happened during the car --

21      during transportation time.

22   Q. Mr. Schneider called you a couple days after the car was

23      delivered, you testified; is that correct?

24   A. Correct.

25   Q. And you told him that your company was at fault and you


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787        www.cefgroup.com        fax: 216.687.0973
Cleveland:  4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron:  One Cascade Plaza, Suite 905, Akron, OH 44308 - 330.253.8119

1    would make things right for him?

2  A. Yes, correct.

3  Q. But you have not made right -- things right for him so

4     far, have you?

5  A. Our duty was transport car from point A to point B as per

6     contract with -- with the brokerage company, and things

7     right, they may include many things that Mr. Schneider

8     will have wanted.

9  Q. So your company hasn't done anything to make things right

10     with him, has it?

11  A. Yes, it has.  I gave him all of the insurance

12     information, and I said he is welcome to file a claim if

13     he would like to do so.

14  Q. But you're not saying that this was Mr. Schneider's

15     fault, are you?

16  A. No.

17  Q. Do you know if it was dark when the Mercedes was

18     delivered to Mr. Schneider?

19  A. That I'm not sure of.  I need to call the driver and see,

20     and I need to investigate that to confirm that.

21  Q. You weren't there so you don't know either way what

22     happened personally when the driver unloaded the vehicle,

23     do you?

24  A. I was not there.

25        MR. RUSSELL:  I have no further questions.

 Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787        www.cefgroup.com        fax: 216.687.0973
Cleveland:  4608 St. Clair Avenue, Cleveland, OH  44103 - 216.696.1161
Akron:  One Cascade Plaza, Suite 905, Akron, OH  44308 - 330.253.8119

Geno Pikulik                          6/13/2016

27

```
 1
 2                    FURTHER EXAMINATION
 3   BY MR. KOVACH:
 4   Q. Mr. Pikulik, one more question.  How do you believe this
 5      car should have been shipped?
 6   A. Oh, this particular car needs to have special care
 7      because it is a classic.  It's a fragile car.  It's a
 8      rare car.  So there were different options, not
 9      necessarily with our company like in this case, but with
10      any broker, there were options to ship it enclosed, which
11      is far more safer way because each car has individual
12      cell that it goes into.  And that's the way -- that's the
13      proper way.  I'm not saying it's the only way, but I say
14      it's the proper way of shipping the car.
15           All the brokers available online, they advertise
16      many different options.  They have expedited shipments.
17      They have enclosed shipments.  They have less expensive
18      shipments which causes delay up to a month or more, but
19      my experience, nine years of experience, cannot mislead
20      me in this case.  And I know that cars of this value,
21      like 1957 Mercedes Benz, it should have been shipped
22      enclosed.
23           And what happened this time, driver has done nothing
24      wrong, and there was -- there was not a single option
25      that driver could have done to prevent this from
```


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland:  4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron:  One Cascade Plaza, Suite 905, Akron, OH 44308 - 330.253.8119

1    happening.  We are as a -- as a trucking company
2    absolutely responsible for negligence, and for the
3    mistakes the driver makes.  If he would have forgot to
4    fasten this car, it would have fall off the trailer.
5    Driver is responsible for that, and that's why we have
6    insurance from accidents.
7        In this case, oil leakage is not an accident.  It's
8    an everyday instance that happens to us ten times a day
9    because we deliver about 70 cars a week, and only with
10   this car, paint happen to be intolerable.  It could not
11   tolerate any residue on it.  So this car, in my opinion,
12   and in the opinion of any professional in this field,
13   would have been better off being enclosed.
14       And there is no covers available to put on the car.
15   If you put the cover on the car and transport it for
16   nearly 3,000 miles, paint would be rubbed off the edges
17   of the car because -- because of the wind.  If this car
18   would have been installed on the trailer backwards, soft
19   top would have come off within ten miles of the highway
20   speeds.  That's why there is a way to transport these
21   cars enclosed.  I'm done.
22   Q. All right.  Thank you.  You weren't involved with the
23      conversations between Mr. Schneider and the broker, were
24      you?
25   A. Negative.



Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787        www.cefgroup.com        fax: 216.687.0973
Cleveland:  4608 St. Clair Avenue, Cleveland, OH  44103 - 216.696.1161
Akron:  One Cascade Plaza, Suite 905, Akron, OH  44308 - 330.253.8119

Geno Pikulik                              6/13/2016

29

1   Q. So you can't say what was offered to him and what was not

2      because you weren't involved with that conversation?

3   A. Yes.

4          MR. KOVACH:  No further questions.

5          MR. RUSSELL:  Nothing further.

6          Mr. Pikulik, you will have the right to review this

7      transcript.  You can't change what your testimony is here

8      today, but you can go through and indicate where you

9      believe inaccuracies were made.  You can either review it

10     or waive that.  The choice is yours, but we are going to

11     be ordering the transcript so either way, you can have it

12     to look at it.  Would you like to read it, or would you

13     waive it?

14         THE WITNESS:  I stated the truth to the best of my

15     knowledge, and there's nothing to review.

16         MR. RUSSELL:  All right.  That's a waiver.  Thank

17     you.  You're free.

18         THE VIDEOGRAPHER:  This concludes the deposition of

19     Geno Pikulik.  This consists of one tape.  The time is

20     12:46.  We're going off the record.

21         (DEPOSITION CONCLUDED AT 12:46 P.M.)

22         (SIGNATURE WAIVED.)

23

24

25


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787      www.cefgroup.com      fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron: One Cascade Plaza, Suite 905, Akron, OH 44308 - 330.253.8119

Geno Pikulik                          6/13/2016

1

2                    C E R T I F I C A T E

3

4    STATE OF WASHINGTON  )
                          )  s.s.
5    COUNTY OF SPOKANE    )

6        This is to certify that I, Rachael L. Hall,

7    Certified Court Reporter in and for the State of

8    Washington, residing at Spokane, reported the within and

9    foregoing deposition; said deposition being taken before

10   me on the date herein set forth; that pursuant to RCW

11   5.28.010 the witness was first by me duly sworn; that

12   said examination was taken by me in shorthand and

13   thereafter under my supervision transcribed, and that

14   same is a full, true and correct record of the testimony

15   of said witness, including all questions, answers and

16   objections, if any, of counsel.

17        I further certify that I am not a relative

18   or employee or attorney or counsel of any of the

19   parties, nor am I financially interested in the outcome

20   of the cause.

21        IN WITNESS WHEREOF I have set my hand this 27th

22   day of June, 2016.

23

24

25   RACHAEL L. HALL,
     CSR, CRR NO. 3265
                                              Page 30
     CSR, CRR NO. 3265


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787      www.cefgroup.com      fax: 216.687.0973
Cleveland:  4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron:  One Cascade Plaza, Suite 905, Akron, OH 44308 - 330.253.8119

**A**

abbreviations 17:1
ability 11:1
absent 13:24
absolutely 28:2
accident 15:13 28:7
accidents 28:6
actions 11:23
additional 25:14
address 5:15
adverse 18:19
advertise 9:13,15 27:15
advertised 9:18
advertisement 9:12
afternoon 5:11
agree 8:22 10:9
agreed 22:10
agrees 10:9
ahead 14:14,15 14:17 15:8
Akron 2:5
al 1:7 3:2
Andreychuk 2:15 4:17
answer 14:14
answers 30:15
apart 21:9
APPEARANC... 2:1
approximate 8:25
approximately 16:1
area 9:10,11
areas 13:22 16:22 18:12
arrive 11:10,11
aside 21:3
asked 11:24
assigned 7:13
assume 15:17

attorney 22:2 30:18
available 10:15 10:25 27:15 28:14
Avenue 2:11

**B**

B 3:11,22 4:10 8:18,19 10:7 26:5
back 8:10,13,14 16:11,11 18:25 19:22 20:23,23 24:24
background 10:17
backwards 28:18
Based 8:24
basically 10:3,13 12:5 19:2
battery 17:11,13 17:16,19,23 18:1
believe 18:7 20:4 27:4 29:9
belong 11:12
Benz 22:10 24:1 25:18 27:21
best 13:5 29:14
better 28:13
big 9:13
bill 3:21 4:24 24:23
bind 10:10
binds 8:21
boats 5:25
bottom 7:16 8:2 13:8,10
brakes 11:1
bring 13:22
broken 7:6
broker 8:21 10:3 10:13,13 11:4 17:17 24:18,20 27:10 28:23

brokerage 9:13 9:25 10:12,16 26:6
brokers 27:15
build 20:14
bulk 6:3
business 5:15,18 5:21,23 15:5,14 15:18 20:14

**C**

C 30:2,2
cabriolet 21:8
calculate 9:17
call 10:23,24 14:22 15:20 26:19
called 7:3 10:5 14:5,11,11,18 14:18 15:9 17:16,21 25:22
calls 9:19,20
capable 21:5
car 7:7,9,23 8:5 9:6,16,19,20 10:15,20,22,25 11:5,11,12,15 11:16,19,20 12:15 13:16 14:4,6,7 15:13 16:13,15,20,21 17:4,6,7,10,10 17:11,12,14,16 17:20,23 18:1,5 18:12,14,20,24 19:15,25 20:13 21:8 25:3,9,20 25:22 26:5 27:5 27:6,7,8,11,14 28:4,10,11,14 28:15,17,17
care 20:5,12,13 25:19 27:6
carrier 6:10 13:6 23:15
cars 5:25 6:4,8,10

6:13,13,14 12:10,13 13:6 13:13,21 15:19 15:23 16:2 19:5 20:10,12,25 27:20 28:9,21
case 1:5 4:14 6:14 7:15 8:11 9:18 10:11,13,24 11:14 12:1 17:18,24 18:4 19:19 20:16 21:3 22:2 27:9 27:20 28:7
cases 15:20
category 11:12
cause 30:20
causes 27:18
CCR 1:23
Cefaratti 2:10
cell 6:14 27:12
center 5:16 7:23 16:14
Central 4:15
Certified 4:6 30:7
certify 30:6,17
chains 13:13
change 29:7
charges 10:16
check 10:18
chips 17:4
choice 29:1
chooses 9:20
circumstances 18:17
city 6:6
claim 14:22 26:12
claims 9:22
Clair 2:11
classic 6:13 11:15 27:7
clean 18:24
clear 18:21
Cleveland 2:11
clicks 10:9
client 7:9 8:4

10:23 11:5,10 11:10,11,13 20:11,11,11
clients 6:1 22:8
close 18:11
coast 6:5,5
code 5:16 9:14,15 10:7
collect 13:21
Color 3:12,13,14 3:15,16,17,18 3:19,20
come 14:1 28:19
communicated 24:20
companies 9:22
company 8:21 9:2,13,25 10:11 10:12,16,18 13:20 14:18,20 14:20,22 15:2,3 25:25 26:6,9 27:9 28:1
complaint 20:20
complete 17:7
completely 10:4
concerned 5:18
CONCLUDED 29:21
concludes 29:18
condition 7:3 10:25 16:18,20 17:8 18:1 23:8
conditions 18:19
confirm 26:20
consider 20:24
consists 29:19
constant 20:24
contract 8:20,20 10:5,6 26:6
conversation 29:2
conversations 28:23
convertible 21:11 21:12



Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland:  4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron:  One Cascade Plaza, Suite 905, Akron, OH 44308 - 330.253.8119

copies 19:17
copy 19:18,21,21
  20:2
corner 7:13,14,16
  8:2,7
correct 7:13,19
  8:8,9 10:3 12:4
  12:9,11,16
  15:20 18:8,11
  19:14,15 20:1
  22:5,9,18,22,25
  23:7 24:8,9,13
  24:16 25:5,23
  25:24 26:2
  30:14
cost 12:7
counsel 4:19,20
  30:16,18
count 17:3
country 6:4
COUNTY 30:4
couple 25:22
course 15:5,14,17
court 1:1 4:6,14
  4:15,18 30:7
cover 24:1 28:15
covered 6:15 24:6
coverings 23:21
  24:3
covers 28:14
cracked 16:23,24
cracks 16:21 17:2
  17:7 25:3,6,9,10
  25:13,16
criteria 9:11
CRR 30:25,25
CSR 30:25,25
customer 10:16
  10:17 11:3
  17:19
customers 20:15
cut 19:9

_____ D _____

D 3:1
damage 24:15

damaged 14:6
  20:19
damages 9:23
Daniel 13:18,18
  14:10,11,18
  15:9
dark 26:17
date 8:25 9:1
  30:10
dates 9:3
day 14:3 28:8
  30:22
daylight 13:12,15
days 10:20,21
  13:19,24 14:3,7
  14:24 21:17
  25:22
dealer 6:1
debris 6:16
decided 13:9
decision 11:6,9
  12:1
deck 13:8,8,11
  21:7,9,14,16,18
decks 6:12
defendant 2:8
  4:25
Defendants 1:8
  1:19
Definitely 15:16
delay 10:21 27:18
deliver 7:9 17:19
  28:9
delivered 14:4,6
  15:23 24:7
  25:23 26:18
delivery 7:14
  8:23 15:7 19:13
  19:22
demonstrated
  25:6
dents 7:5
deposition 1:12
  4:4,12,15 29:18
  29:21 30:9,9
describe 13:4

description 7:4,8
  7:8,23 16:25
designated 9:3
deteriorated 21:4
difference 12:7
different 11:8
  23:10 27:8,16
directly 24:18,21
disclaimers 19:2
discuss 11:23,24
discussed 11:8,9
discussions 24:17
Dispatch 3:23
dispatcher 9:9,17
  10:2,9
dispute 24:6
  25:17,20
distance 6:6,7
  10:8
District 1:1 4:14
document 7:1,2
  7:17,22 8:6,10
  8:19 16:17
  19:11
documentation
  15:21 19:17
documents 8:24
doing 20:9 24:19
doors 17:4
Drew 1:4 2:2 4:13
  14:21 22:3
drip 23:18,20
drive 10:20
driver 8:3 9:8
  13:9,16,18,19
  15:5,15 19:6,18
  20:7,16 26:19
  26:22 27:23,25
  28:3,5
driver's 25:19
drivers 13:21,23
  21:1
driving 10:25
  17:8
dropped 14:7
dry 6:3

duly 5:4 30:11
duty 26:5

_____ E _____

E 3:1,6,11 30:2,2
earlier 11:8 24:11
  25:9
eBay 6:1
edges 28:16
eight 13:19 16:4
  23:16
either 24:24
  26:21 29:9,11
employee 30:18
enclosed 6:13
  11:14 12:6,7
  27:10,17,22
  28:13,21
endless 17:3 25:3
  25:9
environment
  6:15
et 1:7 3:2
everyday 28:8
evidenced 25:17
evident 25:11
exactly 16:1 20:9
  20:22
examination 1:12
  3:8,9 5:9 21:24
  27:2 30:12
exercised 20:5
exhibit 3:12,13
  3:14,15,16,17
  3:18,19,20,21
  3:22 4:9 6:23
  7:17 8:6,18,19
  16:11,12 19:11
  20:24 22:24
  23:11 24:24,25
  25:7,11,12,14
  25:15
Exhibits 4:10
  23:5,7 25:18
exotic 6:13
expedited 27:16

expensive 27:17
experience 27:19
  27:19
experienced 20:7
explain 14:12,21
explained 14:19

_____ F _____

F 30:2
fact 17:9 21:5
fall 28:4
falls 9:11
far 12:3 13:25
  26:4 27:11
fasten 28:4
fault 25:25 26:15
feet 18:13
fell 15:13
field 28:12
Fifth 1:7 2:8 3:2
  3:21 4:13,25
  5:19 15:1,3
  22:4,7
file 14:22 26:12
fill 7:11 16:12
filled 7:2 22:23
filling 18:15
finally 20:4
financially 30:19
find 14:4 16:18
fine 16:18
finish 20:19
first 5:4 9:7 22:19
  30:11
fit 9:3
flatbed 22:21
fluid 20:19,21
  23:1,12,12 24:7
  25:17
fluids 19:6 20:21
  20:25 21:1,2,6
fog 18:23
follow 14:9
following 4:6
follows 5:7
foregoing 30:9



Forge 2:5
forgot 28:3
form 18:15,25
forth 30:10
found 16:20
fragile 27:7
free 29:17
freight 6:2
freights 6:3
front 6:24 24:24
fuel 13:2
full 5:13 30:14
funds 12:5
further 26:25
  27:2 29:4,5
  30:17

**G**

general 5:23
generally 9:5
  24:10
Geno 1:13 3:7 4:5
  4:13 5:4,14
  7:19,24 29:19
give 8:24 17:11
go 9:8 11:4 13:8
  13:14,24 14:14
  14:15,17 15:8
  16:11 18:25
  21:10 29:8
goes 8:3 9:9,14,15
  13:19 19:22
  21:16 27:12
going 11:7 12:15
  17:11,12,12,16
  17:19 29:10,20
Goldman 2:4
good 5:11 20:8
goods 22:7
graphical 7:4,7
Group 2:10

**H**

H 3:11
hail 11:18
hairline 16:24

Hall 1:23 4:5,18
  30:6,25
hand 30:21
happen 11:19
  28:10
happened 9:6
  14:12,19,21
  15:10 25:20
  26:22 27:23
happening 28:1
happens 24:12,13
  28:8
haul 8:4
heard 14:3
held 4:15
Hello 5:12
hidden 10:5,6
highway 28:19
hire 9:11
horizontal 16:22
hour 17:24,25
  21:16
house 22:20,24
  23:2,6

**I**

idea 8:24
identification 4:9
  4:10
identify 4:19,21
immediately
  14:11
imperfections 7:4
  17:7
impossible 17:2
inaccuracies 29:9
incident 14:9
  20:18
include 26:7
including 30:15
independent
  15:21
indicate 25:15
  29:8
individual 20:11
  27:11

inform 11:2 15:6
  15:9
information 10:4
  11:3,4 26:12
initiated 9:7
inside 21:2
inspecting 18:14
inspection 18:20
installed 28:18
instance 1:19
  28:8
insurance 14:18
  14:19,20,22
  15:3 26:11 28:6
intention 17:13
interest 12:6
interested 30:19
intolerable 28:10
investigate 10:1
  26:20
involved 9:7
  24:17,19 28:22
  29:2
items 6:2

**J**

JAMES 2:3
job 20:8
Joe 10:23 11:24
  11:25 12:15
  16:15 17:15
  19:18,20,21,24
joke 21:1
jokes 21:3
JR 2:3 4:22 22:1
jrrussell@gold...
  2:6
June 1:14 3:3 4:3
  4:17 30:22

**K**

keep 15:17 17:13
  17:16,19
kim@cefgroup...
  2:12
know 7:1,6 8:19

9:16 11:1 12:3
  16:1 17:8,18
  19:11 20:8
  21:15 24:20
  26:17,21 27:20
knowledge 6:19
  29:15
knows 20:9
Kovach 2:9 3:8
  4:24,24 5:10
  14:16 15:11
  16:10 20:17
  27:3 29:4
Kovalenko 13:18
  14:10

**L**

L 1:23 30:6,25
lading 3:21 24:23
leak 19:5 20:21
  21:1
leakage 28:7
leaking 20:19,21
leaks 21:6
learned 14:1
left 7:13,15 13:16
  16:2 19:18
legal 7:8 8:20
  17:18
legally 9:2,2
  10:10
Let's 9:5
level 23:19,22
limited 6:8
lines 22:8
little 11:8
LLC 1:7 2:8 3:21
  3:22 4:25 5:19
  22:5
load 9:10,10
  13:13
loaded 6:11 12:18
  13:5,7,12 22:19
  23:15
loads 6:3
location 8:22,23

14:8
long 5:21 8:4
  13:25
long-haul 13:18
  13:21
longest 6:7
look 14:9 23:4
  29:12
looked 16:20 18:2
  23:5
looking 19:2,12
looks 9:9
lower 8:7 21:14

**M**

M 2:9 3:6
main 13:1,22
making 19:9
mark 16:19
marked 4:9,10
  6:23 16:24 17:1
  22:24 23:4 25:7
  25:11
markings 16:13
  17:1
marks 7:5
matches 11:2,3
matter 4:13 6:18
Medina 6:21
  12:17 22:11,14
  22:17 24:7
memory 16:17
Mercedes 11:15
  13:7 16:6 21:6
  22:10 24:1
  25:18 26:17
  27:21
Mercedes-Benz
  6:19
midwest 9:11
mile 6:7
miles 6:7 21:16
  28:16,19
minute 10:1
minutes 18:16,16
mislead 27:19



**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787        www.cefgroup.com        fax: 216.687.0973
Cleveland:  4608 St. Clair Avenue, Cleveland, OH  44103 - 216.696.1161
Akron:  One Cascade Plaza, Suite 905, Akron, OH  44308 - 330.253.8119

missed 19:20
missing 7:7
mistakes 28:3
model 9:14
modes 11:8
moment 10:19,22
  17:15,15 18:5,5
Monday 4:2
month 27:18
motorcycles 6:1
  22:8

**N**

N 3:1,6
name 5:13,14
  7:20 8:4 22:1
Nationwide 3:22
  9:4,12,20,25
  10:11 17:17,21
nature 5:23
nearby 13:22
nearly 28:16
necessarily 27:9
need 26:19,20
needs 17:23 27:6
negative 14:25
  15:2 18:21 23:3
  28:25
negligence 28:2
negotiate 17:25
never 15:9
new 20:22
nine 5:22 6:10
  13:6 20:8 27:19
normal 16:21
  18:17,18
North 1:15 4:3,16
  5:16
northwest 9:10
Nos 4:9
notification
  14:25
notified 15:22
November 9:2
numbered 19:1

**O**

O 3:6
Objection 14:14
  14:15 15:8 16:7
  20:6
objections 30:16
obligated 9:3
observed 12:23
obviously 11:14
occurred 12:21
  14:10 15:6
  25:18
October 9:1
offer 6:12,13
  11:13,13 12:10
offered 29:1
office 19:23
oh 2:5,11 8:13
  14:20 27:6
Ohio 1:2 6:21 8:3
  19:15 22:11
  24:7
oil 21:5 28:7
okay 6:17 7:17
  8:1,6,10 9:5
  12:2 13:4,23
  16:16 18:25
  19:4,9,14,24
  21:11,13,19
  23:11
online 9:9 15:4
  27:15
open 6:10 11:17
  11:17,25 12:8
  13:6
operated 20:9
operating 5:21
opinion 28:11,12
option 11:13
  27:24
options 27:8,10
  27:16
ORAL 1:12
Order 3:21
ordering 29:11

origin 7:14
original 8:13
  16:20 18:2
  19:17,23
outcome 30:19
overcast 18:22,22
owner 5:20 13:20
  17:9 22:4

**P**

p.m 1:15 4:3
  29:21
page 3:7 8:12
  19:22 30:25
pages 8:10 25:14
  25:15
paint 16:23 17:1
  17:4,7 20:19
  21:3,4 24:14
  28:10,16
pan 23:20
pans 23:18
paper 10:21
papers 10:23
part 16:14
particular 12:12
  13:7 18:12
  24:10,14 27:6
parties 30:19
party 15:21
percent 9:21 12:9
  19:5
perfect 18:1
perpendicular
  16:23
personally 11:20
  15:22 26:22
photograph 3:12
  3:13,14,15,16
  3:17,18,19,20
photographed
  18:12
photographs 17:5
  17:6 18:7
pick 7:5,9 10:20
  10:21,22 11:5

12:15 17:9
picked 8:25 11:20
  16:15 18:6
  19:25 23:1,6,13
  25:4,10
picks 9:19
pickup 8:22 9:1
  12:12
pictures 18:4
  23:4
pieces 7:6
Pikulik 1:13 3:7
  4:5,13 5:4,11,14
  6:23 8:19 16:11
  20:4 21:19 22:1
  27:4 29:6,19
place 4:7 11:16
plaintiff 1:5 2:2
  4:23 22:2
platform 6:11
please 4:19,21 5:1
  5:13,15 16:19
  18:25 25:8
point 7:15 10:7,7
  26:5,5
police 15:20
portion 16:12
posted 15:1,4
precaution 13:14
prep 13:21
prepped 13:2
present 2:14 4:19
  4:21
prevent 19:6
  20:16 27:25
price 8:22 9:16
  9:18 10:8
printed 7:20
probably 21:2
problem 14:1
  20:25 24:11
problems 15:18
  15:23
procedures 18:18
  20:10
proceedings 4:6

process 9:6
professional
  28:12
prohibited 24:19
proper 27:13,14
proprietor 5:20
protected 6:15
provide 10:14,16
  17:23 18:4
provided 11:4
  19:12,13,24
provides 17:17
Provision 20:23
pull 15:4
pursuant 30:10
put 13:9,10 17:13
  21:7,13,15 24:3
  28:14,15

**Q**

question 12:22
  25:8 27:4
questions 21:19
  21:20 26:25
  29:4 30:15
quit 20:15

**R**

R 2:3 30:2
Rachael 1:23 4:5
  4:18 30:6,25
rain 18:23
rare 11:15,15
  27:8
rating 9:21
RCW 30:10
read 29:12
reason 19:7
reasonable 9:18
  20:4
reasons 21:7
recall 13:5 16:8
receive 10:22
  12:5
received 8:5
  14:25 20:20


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787      www.cefgroup.com      fax: 216.687.0973
Cleveland:  4608 St. Clair Avenue, Cleveland, OH  44103 - 216.696.1161
Akron:  One Cascade Plaza, Suite 905, Akron, OH  44308 - 330.253.8119

receiving 8:2
recollection 16:16
record 5:13 14:17
   29:20 30:14
recorded 9:23
refresh 16:17
related 5:18
relative 30:17
remember 16:3
   18:22
remembered 4:2
renders 17:14
repeat 20:15 23:9
   25:8
report 7:3 15:12
   15:14
reported 1:23
   30:8
reporter 4:6,18
   5:1 30:7
Reporting 4:15
reports 15:17
represent 4:20,21
   4:23 10:18
representations
   25:12
representing 4:24
   22:2
represents 7:4
require 15:12
requires 13:13
residing 30:8
residue 28:11
residues 21:5
resisting 21:5
responsible 10:14
   28:2,5
review 14:25 15:2
   16:17 29:6,9,15
right 6:17 7:14
   7:19 8:2,7,15
   11:21 12:12
   26:1,3,3,7,9
   28:22 29:6,16
rip 21:9,17,18
road 5:16 13:2

rocks 11:18
Rosen 2:4
row 21:17
rubbed 28:16
Russell 2:3 3:9
   4:22,22 14:14
   15:8 16:7 20:6
   21:20,25 22:1
   26:25 29:5,16

——— S ———

S 3:6,11
s.s 30:4
safer 27:11
safety 13:15
Saladin 19:24
Saladin's 22:20
   22:24 23:2,6
sales 6:1
saw 12:20 23:15
saying 21:14
   26:14 27:13
says 7:19 9:8,21
   10:2 14:5,13
   17:10,11,22
scams 15:4
scene 11:11
schedule 9:8
Schneider 1:4 2:2
   3:2 4:13,23
   14:5 19:12,15
   19:21 22:3
   24:18,21,23
   25:22 26:7,18
   28:23
Schneider's
   26:14
Scotts 3:22 9:3,12
   9:20,25 10:11
   11:9 17:17,21
scratches 7:6
second 16:11
sections 19:1
security 10:17
see 9:12,17 10:1,5
   11:11,12 12:18

14:9 25:12
   26:19
seeing 16:3
seller 12:4
sends 10:3
separate 6:14
service 10:15
set 13:20 30:10
   30:21
sets 9:8
seven 9:23 10:19
   13:24
shape 23:10
Sheet 3:21,23
shield 17:18
ship 6:4,5 7:12
   11:13 27:10
shipment 15:24
   16:5
shipments 27:16
   27:17,18
shipped 6:20
   11:16,25 12:10
   12:17 24:25
   27:5,21
shipper 7:20,21
   17:10,22,22,25
   19:19
shipping 10:23
   12:2,6 20:5
   27:14
shortest 6:6
shorthand 30:12
shot 18:13
show 17:6
shows 10:7,7
   16:13
side 8:13,14
   24:24,25
sign 10:5,6 24:23
signature 7:17,20
   7:24 29:22
signed 7:15
single 27:24
small 17:2
soft 21:8,9,12,13

21:18 28:18
sole 5:20
somebody 15:2
sorry 11:6 12:22
   19:20 20:2 23:9
sort 5:25
sound 18:8
South 2:5
special 6:8 20:12
   27:6
specialize 6:10
specialty 6:12
specifically 11:25
   21:15
speeds 28:20
spend 18:14
Spokane 1:16 4:4
   4:16 5:16 6:20
   10:24 12:24
   13:1,3,22 22:14
   22:20 30:4,8
St 2:11
standard 18:18
   20:9
start 17:20
state 1:2 4:20
   5:13 6:5,5 22:8
   30:3,7
stated 15:2 29:14
STATES 1:1
steep 13:9
steer 11:2
Stephan 2:15
   4:17
stone 11:18
straps 13:14
Street 1:15 2:5
   4:4,16
stress 20:21
sunrays 16:23
supervision 30:13
support 18:2,4
sure 8:15 10:14
   10:24 19:9
   21:21 23:20
   26:19

susceptible 24:15
swear 5:1
sworn 5:4 30:11

——— T ———

T 3:6,6,11 30:2,2
take 20:12,13
taken 1:19 4:5
   30:9,12
takes 13:6
talk 9:5
tape 29:19
tear 16:21
teleconference
   2:4,10
telephone 17:5
tell 5:5 7:1 16:1
ten 18:16,16 28:8
   28:19
terminal 13:1
testified 5:7 25:3
   25:9,23
testimony 29:7
   30:14
Thank 8:16 28:22
   29:16
thing 8:16
things 11:19 26:1
   26:3,6,7,9
think 18:9
third 15:21
three 10:21 14:3
   18:9,10,11
   21:17
time 6:11 10:21
   12:13 13:7,12
   13:13,15,24
   14:1 16:19
   18:14 19:13,14
   19:22,24 20:21
   20:22 21:20
   22:23 23:9
   24:12,13 25:21
   27:23 29:19
times 28:8
today 6:18 29:8



Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787      www.cefgroup.com      fax: 216.687.0973
Cleveland:  4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron:  One Cascade Plaza, Suite 905, Akron, OH 44308 - 330.253.8119

told 11:24 17:15
  25:25
tolerate 28:11
top 7:23 13:11
  19:22 21:8,9,12
  21:13,18 28:19
torn 7:6
trades 6:1
trailer 12:13 16:2
  28:4,18
transcribed
  30:13
transcript 29:7
  29:11
transfer 10:3
transport 5:25
  6:6 10:10 22:10
  22:13 23:24
  26:5 28:15,20
transportation
  25:21
transported 11:7
transports 22:7
traveled 22:16
treat 20:10
trip 9:9 11:17
  13:19,25
truck 12:13,18,20
  12:25 13:2,4,6
  15:13 21:10,16
  22:16,21
trucking 3:22
  9:12,21,22
  10:18 28:1
true 10:2 30:14
truth 5:5,6,7
  29:14
two 6:12 8:10
  10:1,20 14:3,7
  18:7,9,11 21:7
type 6:8 13:4
  20:19 22:7 24:7

**U**

U.S 4:14
underneath

23:21
undrivable 17:14
UNITED 1:1
unloaded 26:22
unusual 15:6,10
  16:5,9
upper 13:8 21:7,9
  21:16,18 23:18
  23:22
use 23:18,21
usual 15:5,14,17
usually 12:9
  21:13

**V**

v 3:2
value 27:20
vehicle 7:5,11
  8:25 11:7 13:5
  14:2 16:18 20:5
  22:13,19 23:1,5
  23:8,12,13,15
  24:6,14 26:22
vehicle-related
  6:2
vehicles 5:25 6:8
  12:19 22:7
  23:16,18,21
  24:15
versus 4:13
video 4:12
videographer
  2:15 4:12,17
  5:1 29:18
VIDEOTAPED
  1:12
visible 10:4
VS 1:6

**W**

waive 29:10,13
WAIVED 29:22
waiver 29:16
want 8:15 9:8
  19:9 20:15
wanted 26:8

Washington 1:15
  1:16 4:3,4,16,16
  5:16 6:20 12:17
  19:16 22:11,14
  22:17,20 30:3,8
way 11:17,19
  13:10 19:16
  26:21 27:11,12
  27:13,13,14
  28:20 29:11
ways 12:10
We'll 6:17
we're 6:18 9:2,2
  10:10 29:20
wear 16:21
weather 18:23
week 14:24 28:9
welcome 26:12
went 11:20
weren't 24:17
  26:21 28:22
  29:2
Wheel 1:7 2:8 3:2
  3:21 4:14,25
  5:19 15:1,3
  22:4,7
wheels 13:14
WHEREOF
  30:21
white 6:19
wide 18:13
WILLIAM 2:9
wind 21:9 28:17
witness 5:2 15:9
  16:8 20:7 29:14
  30:11,15,21
work 13:21 20:14
working 15:3
worn 7:6
write 23:11
writing 7:22,24
  8:1,6
wrong 27:24
wrote 16:25

**X**

X 3:1,11

**Y**

Y 3:6
yard 13:16,23
  16:3
Yeah 8:18 21:13
year 20:14
years 5:22 9:24
  20:8 27:19

**Z**

ZIP 5:16 9:14,15
  10:7

**0**

**1**

1 3:12 19:1 23:5,7
  25:18
1-9 4:9
1:13-CV-02627
  1:6 3:2
100 9:21
1020 1:15 4:3,16
11 2:5
113-CV-02627
  4:14
12:20 1:15 4:3
12:46 29:20,21
13 1:14 3:3 4:3
13th 4:17
15 18:16
1957 6:19 11:14
  21:4 22:10 24:1
  27:21

**2**

2 3:13
20 19:1
2000-mile 11:17
2016 1:14 3:3 4:3
  4:17 30:22
21 3:9
216.696.1161
  2:12,12
26 3:8

27th 30:21

**3**

3 3:14
3,000 6:7 28:16
30 12:9 18:13
  30:25
31st 9:1
3265 1:23 30:25
  30:25
330.376.8336 2:6
  2:6

**4**

4 3:12,13,14,15
  3:15,16,17,18
  3:19,20,21,22
  19:4 20:23
44103 2:11
44304 2:5
4608 2:11
4616 5:16

**5**

5 3:8,16
5.28.010 30:11
50 12:9

**6**

6 3:17
65 21:16

**7**

7 3:18
70 28:9
700 9:18
75 21:16

**8**

8 3:19 9:2 23:5,7
  25:18

**9**

9 3:20 25:7,11,12
  25:14,15
90 19:5
99212 5:17



**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787      www.cefgroup.com      fax: 216.687.0973
Cleveland:  4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron:  One Cascade Plaza, Suite 905, Akron, OH  44308 - 330.253.8119