IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DREW SCHNEIDER, | ) | CASE NO. 1:15-cv-1176 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | MAGISTRATE JUDGE McHARGH |
| | ) | |
| FIFTH WHEEL, LLC, et al. | ) | |
| | ) | **JUDGMENT ENTRY** |
| Defendants. | ) | |

Pursuant to the Court's Opinion & Order filed August 22, 2016, the Court finds in favor of PLAINTIFF and orders Defendant to pay damages in the amount of twelve thousand, three hundred eighty-three dollars ($12,383.00).

IT IS SO ORDERED.

s/ Kenneth S. McHargh
Kenneth S. McHargh
United States Magistrate Judge

Date: <u>August 22, 2016</u>.